IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ASH, JR., | : |
|     Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 14-0249-M |
| CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security, | : |
|     Defendant. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff David Ash, Jr. and against Defendant Carolyn W. Colvin.

DONE this 21st day of January, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE