IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

```
DAVID ASH, JR.,                        :
                                       :
     Plaintiff,                        :
                                       :
vs.                                    :    CIVIL ACTION 14-0249-M
                                       :
CAROLYN W. COLVIN,                     :
Commission of Social Security,         :
                                       :
     Defendant.                        :
```

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff David Ash, Jr. and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $1,805.86.

DONE this 13th day of April, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE